THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. BEN HERMAN, Appellant.

(Argued May 12, 1931; decided May 22, 1931.)

*Benjamin C. Ribman, Edward G. Griffin* and *Carl Sherman* for appellant.

*Thomas C. T. Crain, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.